# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

ANGEL ANGULO

Defendant.

**CASE NUMBER   1:15-CR-00370-JHR-1**

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, ANGEL ANGULO, was represented by LISA EVANS LEWIS, AFPD.

The defendant pleaded guilty to counts 1,2 of the INDICTMENT on 6/20/2017.   Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Numbers |
|---|---|---|---|
| 18 USC § 1349 [18 USC §1344] | Conspiracy to Committ Bank Fraud | 4/2011 thru 5/2011 | 1 |
| 18 USC §§1028A(a)(1) and 2 | Aggravated Identity Theft | 05/14/2011 | 2 |

As pronounced on March 14, 2018, the defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $200.00 for counts 1,2, which shall be due immediately.  Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 15th day of March, 2018.

Joseph H. Rodriguez
Senior U.S. District Judge

92553

AO 245B (Mod. D/NJ 12/06) Sheet 2 - Imprisonment

Defendant: ANGEL ANGULO
Case Number: 1:15-CR-00370-JHR-1

Judgment - Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 36 months, imprisoned for 12 months on Count One and 24 months on Count Two to be served consecutively to Count One to produce a total sentence of 36 months.

The Court makes the following recommendations to the Bureau of Prisons: Defendant is to report to the Bureau of Prisons for service of his sentence on April 23, 2018.

Court recommends defendant be placed in a BOP drug program. Court recommends defendant be placed in Taft CI in California.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal

Defendant: ANGEL ANGULO
Case Number: 1:15-CR-00370-JHR-1

Judgment - Page 3 of 7

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of 5 years, this term consists of terms of 5 years on Count One and 1 year on Count Two, all such terms to run concurrently.

Within 72 hours of release from custody of the Bureau of Prisons, you must report in person to the Probation Office in the district to which you are released.

While on supervised release, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the mandatory and standard conditions that have been adopted by this court as set forth below.

You must submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

You must cooperate in the collection of DNA as directed by the probation officer

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it is a condition of supervised release that you pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release.

You must comply with the following special conditions:

## FINANCIAL DISCLOSURE

Upon request, you must provide the U.S. Probation Office with full disclosure of your financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, you are prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Office. You must cooperate with the U.S. Probation Officer in the investigation of your financial dealings and must provide truthful monthly statements of your income. You must cooperate in the signing of any authorization to release information forms permitting the U.S. Probation Office access to your financial records.

## MENTAL HEALTH TREATMENT

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

## NEW DEBT RESTRICTIONS

You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You must not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.

## SELF-EMPLOYMENT/BUSINESS DISCLOSURE

You must cooperate with the U.S. Probation Office in the investigation and approval of any position of self-employment, including any independent, entrepreneurial, or freelance employment or business activity. If approved for self-employment, you must provide the U.S. Probation Office with full disclosure of your self-employment and other business records, including, but not limited to, all of the records identified in the Probation Form 48F (Request for Self Employment Records), or as otherwise requested by the U.S. Probation Office.

AO 245B (Mod. D/NJ 12/06) Sheet 3a - Supervised Release

Defendant: ANGEL ANGULO
Case Number: 1:15-CR-00370-JHR-1

Judgment - Page 4 of 7

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4) You must answer truthfully the questions asked by your probation officer.

5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have fulltime employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e.. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

AO 245B (Mod. D/NJ 12/06) Sheet 3a - Supervised Release

Defendant: ANGEL ANGULO
Case Number: 1:15-CR-00370-JHR-1

Judgment - Page 5 of 7

## STANDARD CONDITIONS OF SUPERVISION

13) You must follow the instructions of the probation officer related to the conditions of supervision.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed)_____

Defendant                                                                                             Date

U.S. Probation Officer/Designated Witness                                        Date

Judgment - Page 6 of 7

Defendant: ANGEL ANGULO
Case Number: 1:15-CR-00370-JHR-1

## RESTITUTION AND FORFEITURE

## RESTITUTION

The defendant shall make restitution in the amount of $480,300.22. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to the following victims in the following amounts:

**Name of Payee (Victim)**                              **Amount of Restitution**

See Attachment


The amounts ordered represent the total amounts due to the victims for these losses. The defendant's restitution obligations shall not be affected by any restitution payments made by other defendants in this case, except that no further payments will be required once payment(s) by one or more defendants fully satisfies the victims' total losses. The following defendant(s) in the following case(s) may be subject to restitution orders to the same victims for these same losses:

Crystal Banuelos                                        15-00370-002


The restitution is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $250.00, to commence 30 days after release from confinement.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

1. Restitution payments should be mailed to:

| No. | Victim | Restitution |
|---|---|---|
| 1. | AmeriChoice, FCU<br>Attn: eServices<br>P.O. Box 1429<br>2175 Bumble Bee Hollow Road<br>Mechanicsburg, PA 17055 | $800.00 |
| 2. | Bethpage FCU<br>P.O. Box 127<br>Attn: Restitution<br>Bethpage, NY 11714 | $800.00 |
| 3. | Chase Bank<br>Attn: Victor Ayala<br>Vice President – Global Security & Investigations<br>201 N Walnut, 1st Floor l<br>Wilmington, DE 19801 | $17,735.00 |
| 4. | Beneficial Bank<br>3 Sunset Road<br>Burlington, NJ 08016 | $2,280.00 |
| 5. | Community Trust Credit Union<br>1313 Skokie Hwy<br>Gurnee, IL 60031 | $503.00 |
| 6. | Digital Federal Credit Union<br>220 Donald Lynch Boulevard<br>PO Box 9130<br>Marlborough, MA 01752-9130 | $200.00 |
| 7. | First American Bank<br>PO Box 0794<br>Elk Grove Village, IL 60009 | $709.00 |
| 8. | First National Bank & Trust Co. of Newton<br>345 East Grand Avenue<br>Beloit, WI 53511 | $3,300.00 |
| 9. | First Northern Credit Union<br>541 N Fairbanks Ct<br>Chicago, IL 60611 | $203.00 |

| No. | Victim | Restitution |
|---|---|---|
| 10. | First Trust Savings<br>Box 220<br>Wheatland, IA 52777 | $700.00 |
| 11. | EVB Bank<br>PO Box 2075<br>Ashland VA 23005 | $503.00 |
| 12. | BMO Harris Bank N.A.<br>c/o I&SS   Suite 21E<br>111 W. Monroe<br>Chicago, Il 60603 | $18,524.75 |
| 13. | Houston FCU<br>16320 Kensington Drive<br>Sugar Land, TX 77479-4079 | $500.00 |
| 14. | Aspire FCU<br>67 Walnut Avenue, Suite 401<br>Clark, NJ 07066 | $200.00 |
| 15. | First Midwest Bank/Fraud<br>3800 Rock Creek Blvd<br>Joliet, IL 60431 | $2,115.00 |
| 16. | Illinois National Bank<br>109 S Main St<br>Fairmount, IL 61841 | $606.50 |
| 17. | Independent Bank – West Michigan<br>323 W Main St<br>Carson City, MI 48811 | $200.00 |
| 18. | Kearny Federal Savings Bank<br>614 Kearny Ave<br>Kearny, NJ 07032 | $3,200.00 |
| 19. | Lake Forest Bank & Trust Company<br>727 North Bank Lane<br>Lake Forest, IL 60045 | $200.00 |
| 20. | MB Financial Bank<br>1730 Twin Springs Rd<br>Baltimore, MD 21227 | $1,000.00 |

| No. | Victim | Restitution |
|---|---|---|
| 21. | Municipal Credit Union<br>P.O. Box 3205<br>Church Street Station<br>New York City, NY 10007 | $2,800.00 |
| 22. | Nassau Educators FCU<br>1000 Corporate Drive<br>Westbury, NY 11590 | $803.00 |
| 23. | New England FCU<br>PO Box 527<br>Williston, VT 05495 | $100.00 |
| 24. | PSECU<br>1500 Elmerton Avenue<br>Harrisburg, PA 17110 | $202.00 |
| 25. | Police & Fire Federal Credit Union<br>Attn: Mark Tustin<br>901 Arch St<br>Philadelphia, PA 19107 | $10,371.00 |
| 26. | Providence Bank & Trust<br>Attn: Christine Steiskal<br>630 East 162nd Street<br>South Holland, IL 60473 | $1,007.50 |
| 27. | Somerset Valley Bank<br>103 West End Ave<br>Somerville, NJ 08876 | $1,000.00 |
| 28. | State EFCU<br>Attn: Hilda Mercado, CFE, NCCO<br>700 Patroon Creek Blvd.<br>Albany, NY 12206 | $200.00 |
| 29. | Univest National Bank and Trust<br>9120 Chesapeake Ave<br>North Beach, MD 20714 | $1,000.75 |
| 30. | Urban Trust Bank<br>1350 I St<br>NW Washington, DC 20005 | $202.50 |
| 31. | Citizens Bank | $11,362.00 |

| No. | Victim | Restitution |
|---|---|---|
| | Attn: Restitution<br>1 Citizens Drive ROP210<br>Riverside, RI 02915 | |
| 32. | TD Bank, N.A.<br>Attn: Research Dept.,<br>11000 Atrium Way<br>Mt. Laurel, NJ 08054 | $81,916.25 |
| 33. | Sovereign Bank<br>Fraud Prevention Recoveries<br>2 Morrissey Blvd.<br>Dorchester, MA 02125 | $9,520.00 |
| 34. | Wells Fargo Bank<br>Attn: Restitution Dept.<br>608 2nd Ave St 485<br>Minneapolis, MN, 55402 | $7,609.00 |
| 35. | PNC Bank, NA<br>500 First Ave<br>Mail Stock PPFSC-04-B<br>Attn: Cheryl Wilkeson<br>Pittsburg, PA 15219 | $24,111.00 |
| 36. | Citibank Group<br>Investigative Services<br>14700 Citicorp Drive<br>Bldg #2<br>Hagerstown, MD 21742 | $16,481.50 |
| 37. | HSBC Bank USA<br>26 Broadway<br>New York, NY 10004 | $500.00 |
| 38. | ICBA Bancard<br>Attn: Restitution<br>1615 L Street NW, Suite 900<br>Washington, DC 20036 | $500.00 |
| 39. | Provident Bank Corporate<br>Corporate Headquarters<br>Attn: Restitution<br>239 Washington Avenue<br>Jersey City, NJ 07302 | $2,700.00 |

| No. | Victim | Restitution |
|---|---|---|
| 40. | Technology Credit Union<br>3847 South Howell Avenue<br>Milwaukee, WI 53207-3840 | $502.00 |
| 41. | US Bankcorp<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | $169,623.12 |
| 42. | West Suburban Bank<br>101 North Lake Street<br>Aurora, Illinois 60506 | $1,006.00 |
| 43. | California Bank and Trust<br>11622 El Camino Real #200<br>San Diego, CA 92130 | $800.00 |
| 44. | Bank of America<br>Attn: Recovery Services<br>MO1-800-06-14<br>800 Market Street<br>St. Louis, MO 63101-2510 | $78,589.10 |
| 45. | Citizens Bank<br>Attn: Restitution<br>1 Citizens Drive ROP210<br>Riverside, RI 02915 | $1,005.75 |
| 46. | Beneficial Bank<br>3 Sunset Road<br>Burlington, NJ 08016 | $1,802.50 |
| 47. | Fifth Third Bank<br>Attn: Adam Hipple<br>Corporate Investigator – Southern Region<br>105 Live Oaks Gardens<br>Casselberry, FL 32707 | $306.00 |
| | Total: | $480,300.22 |

AO 245B (Mod. D/NJ 12/06) Sheet 6 - Restitution and Forfeiture

Judgment - Page 7 of 7

Defendant: ANGEL ANGULO
Case Number: 1:15-CR-00370-JHR-1

## RESTITUTION AND FORFEITURE

## FORFEITURE

Order of Forfeiture to be submitted.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.